AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**
18 U.S.C. §§ 2251(a) & (e) - Production of Child Pornography; 18 U.S.C. §§ 2252A(a)(1) & (b)(1) - Transportation of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) - Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE PENALTY SHEET ATTACHMENT

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DISTRICT

FILED
DEC - 9 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT**
THOMAS PEREZ JEWELL

DISTRICT COURT NUMBER
**CR10-00898 PJH**

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  JOSHUA HILL, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☒ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Martinez Detention Facility

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ 11/18/2010  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

**Penalty Sheet Attachment**

*United States v. Thomas Perez Jewell*

### COUNT ONE
18 U.S.C. §§ 2251(a) & (e)
(Production of Child Pornography)

| | |
|---|---|
| Imprisonment: | Mandatory minimum 15 years; Maximum 30 years |
| Fine: | Maximum $250,000 |
| Supervised Release: | 5 years |
| Special Assessment: | $100 |

### COUNT TWO
18 U.S.C. §§ 2252A(a)(1) & (b)(1)
(Transportation of Child Pornography)

| | |
|---|---|
| Imprisonment: | Mandatory minimum 5 years; Maximum 20 years |
| Fine: | Maximum $250,000 |
| Supervised Release: | 3 years |
| Special Assessment: | $100 |

### COUNT THREE
18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2)
(Possession of Child Pornography)

| | |
|---|---|
| Imprisonment: | Maximum 10 years |
| Fine: | Maximum $250,000 |
| Supervised Release: | 3 years |
| Special Assessment: | $100 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

E-filing

VENUE: Oakland

FILED
DEC - 9 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

THOMAS PEREZ JEWELL,

CR10-00898 PJH

DEFENDANT.

---

**INDICTMENT**

18 U.S.C. §§ 2251(a) & (e) - Production of Child Pornography;
18 U.S.C. §§ 2252A(a)(1) & (b)(1) - Transportation of Child Pornography;
18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) - Possession of Child Pornography;
18 U.S.C. § 2253 - Criminal Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this 9th day of December

_____ Clerk

Bail, $ no bail warrant

12/9/10

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3
                                                    FILED
4
                        E-filing                   DEC - 9 2010
5
                                              RICHARD W. WIEKING
6                                          CLERK, U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
7                                                   OAKLAND

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11                                                                  PJH
12  UNITED STATES OF AMERICA,        )   No. CR10-00898
                                     )
13         Plaintiff,                )   VIOLATIONS: 18 U.S.C. §§ 2251(a) & (e)
                                     )   - Production of Child Pornography; 18
14      v.                           )   U.S.C. §§ 2252A(a)(1) & (b)(1) -
                                     )   Transportation of Child Pornography; 18
15  THOMAS PEREZ JEWELL,             )   U.S.C. §§ 2252A(a)(5)(B) & (b)(2) -
                                     )   Possession of Child Pornography; 18 U.S.C.
16         Defendants.               )   § 2253 - Criminal Forfeiture
                                     )
17  _____     )
                                         OAKLAND VENUE
18

19                              I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE:  (18 U.S.C. §§ 2251(a) & (e) - Production of Child Pornography)

22         1.     On a date unknown to the Grand Jury, but no earlier than in or about September

23  2007 and no later than on or about November 18, 2010, in the Northern District of California, the

24  defendant,

25                                  THOMAS PEREZ JEWELL,

26  did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually

27  explicit conduct for the purpose of producing a visual depiction of such conduct, using materials

28  that had been mailed, shipped, and transported in and affecting interstate and foreign commerce

INDICTMENT

by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO: (18 U.S.C. §§ 2252A(a)(1) & (b)(1) - Transportation of Child Pornography)

2. On or about November 12, 2010, in the Northern District of California, the defendant,

THOMAS PEREZ JEWELL,

knowingly transported, a visual depiction, using any means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

COUNT THREE: (18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) - Possession of Child Pornography)

3. On or about November 18, 2010, in the Northern District of California, the defendant,

THOMAS PEREZ JEWELL,

did knowingly possess material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

FORFEITURE ALLEGATION: (18 U.S.C. § 2253 - Criminal Forfeiture)

4. The factual allegations contained in Paragraphs 1 through 3 of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

5. Upon conviction of the offenses alleged in Counts One, Two, or Three, above, the defendant,

THOMAS PEREZ JEWELL,

shall forfeit to the United States his interest in: (1) any visual depiction and other matter

containing such visual depiction or image of child pornography which was produced, transported, mailed, shipped, distributed, received, and possessed as alleged in Counts One, Two, or Three of this Indictment; (2) any property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One, Two, or Three of this Indictment; and (3) any property, real and personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts One, Two, or Three of this Indictment.

6. If, as a result of any act or omission of the defendants, any of said property

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred or sold to, or deposited with, a third person;
  c. has been placed beyond the jurisdiction of the Court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be divided without difficulty;

any and all interest the defendant has in any other property, up to the value of the property described in paragraph 5 above, shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p).

All in violation of Title 18, United States Code, Section 2253.

DATED: December 9, 2010                    A TRUE BILL.

                                           *[signature]*
                                           FOREPERSON

MELINDA HAAG
United States Attorney

*[signature]*
MAUREEN BESSETTE
Chief, Oakland Branch

(Approved as to form: *[signature]* )
                      AUSA JOSHUA HILL

INDICTMENT                                 3