UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0898-PJH |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) ) ) | |
| THOMAS PEREZ JEWELL, | ) ) | |
| Defendant. | ) ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, THOMAS PEREZ JEWELL, before the Hon. Donna M. Ryu, United States Magistrate Judge, at 9:30 a.m. on Monday, December 20, 2010, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: December 15, 2010

_____
HON. DONNA M. RYU
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-10-0898-PJH

| | |
|---|---|
| 1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2 | TO: DON O'KEEFE, United States Marshal, Northern District of California, and/or any of his authorized deputies, the California Department of Corrections, and/or any of its authorized deputies, and the Sheriff for Contra Costa County, and/or any of his authorized deputies: |

GREETINGS

WE COMMAND that on Monday, December 20, 2010, at 9:30 a.m., or as soon thereafter as practicable, you have and produce the body of THOMAS PEREZ JEWELL (CC10CO590), in your custody in the Martinez Detention Facility, or any other institution in the your custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Donna M. Ryu, United States Magistrate Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that THOMAS PEREZ JEWELL may then appear for an initial appearance in the case filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Donna M. Ryu, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: December 15 _____, 2010

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: //Lashanda Scott//
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-10-0898-PJH