1
2
3
4
5
6
7

**FILED**

DEC 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12   UNITED STATES OF AMERICA,        )    No. CR-10-00898-~~CW~~ (DMR)
                                      )         **PJH**
13          Plaintiff,                )
                                      )    DETENTION ORDER
14   v.                               )
                                      )
15                                    )
     THOMAS PEREZ JEWELL,             )
16                                    )
                                      )
17          Defendant.                )
     _____)

18                    I. DETENTION ORDER

19          Defendant Thomas Perez Jewell is charged in an Indictment with violations of 18 U.S.C.

20   §§ 2251(a) & (e) (production of child pornography); 18 U.S.C. §§ 2252A(a)(1) & (b)(1)

21   (transportation of child pornography); and 18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) (possession of

22   child pornography).  The United States moved for Mr. Jewell's detention and asked for a

23   detention hearing as permitted by 18 U.S.C. § 3142(f)(2).  Pretrial Services prepared a criminal

24   history report, which the Court reviewed.  It appears that Defendant currently is in state custody.

25   On December 23, 2010, Defendant submitted to detention, but reserved the right to present

26   additional information at a later date should Defendant's circumstances change.

27

28   DETENTION ORDER
     CR 10-00898-CW (DMR)                    1

     cc: Copy to parties via ECF, 2 Certified copies to US Marshal, Nichole,
         Pretrial Services

1   Because Mr. Jewell is subject to a rebuttable presumption of detention pursuant to 18

2   U.S.C. § 3142(e)(3)(E), and because Mr. Jewell has not proffered evidence at this time to rebut

3   the presumption, the Court detains Mr. Jewell and finds that no condition or combination of

4   conditions will reasonably mitigate the serious risk of flight or the danger that Defendant poses to

5   the community. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403,

6   1406 (9th Cir. 1985).

7                                   II.  CONCLUSION

8   The Court detains Mr. Jewell as a serious flight risk as well as a danger to the community.

9   Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without

10  prejudice to raising relevant information at a later hearing, the Court orders that the hearing may

11  be reopened at his request at a future time.

12  Mr. Jewell shall remain committed to the custody of the Attorney General.

13  IT IS SO ORDERED.

14

15

16  DATED: December 23, 2010

17                                  DONNA M. RYU
                                    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

DETENTION ORDER
CR 10-00898-CW (DMR)                         2