1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Criminal Chief

4 | JOSHUA HILL (CABN 250842)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3740

7 | Facsimile: (510) 637-3724
E-Mail: Joshua.Hill2@usdoj.gov

8

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-0898-PJH |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| THOMAS JEWELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Deborah Levine, that the status hearing presently set for January 26, 2011, be continued to February 17, 2011 at 9:30 a.m. Defense counsel requires additional time to review the produced discovery, conduct necessary investigation, and arrange for a viewing of the electronic evidence seized in this case. The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel. For these reasons, the parties request that time under the Speedy Trial Act be excluded based on the defense's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties

//

STIPULATION AND ORDER
CR-10-00898-PJH

agree that the waiver covers all time between the date of this stipulation and February 17, 2011.

IT IS SO STIPULATED:

Dated: January 20, 2011                                /S/
                                                        DEBORAH LEVINE
                                                        *Attorney for Defendant*


Dated: January 20, 2011                                /S/
                                                        JOSHUA HILL
                                                        Assistant United States Attorney


## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for January 26, 2011 is hereby rescheduled for February 17, 2011 at 9:30 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between January 20, 2011 and February 17, 2011 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 20, 2011 and February 17, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between January 20, 2011 and February 17, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January 21, 2011
                                                        HONORABLE DONNA M. RYU
                                                        United States Magistrate Court Judge