1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3740
7      Facsimile:   (510) 637-3724
       E-Mail:      Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,         )   No. CR-10-0898-PJH
                                      )
14          Plaintiff,                )   STIPULATION AND [PROPOSED]
                                      )   ORDER TO CONTINUE STATUS
15      v.                            )   CONFERENCE AND EXCLUDE TIME
                                      )   UNDER THE SPEEDY TRIAL ACT
16  THOMAS JEWELL,                    )
                                      )
17          Defendant.                )
                                      )
18

19      IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20  attorney, Joshua Hill, and the defendant through his attorney, Deborah Levine, that the status

21  hearing presently set for February 17, 2011, be continued to March 30, 2011 at 9:30 a.m.  This

22  case involves a very large amount of electronic evidence.  Defense counsel requires additional

23  time to review the produced discovery, conduct necessary investigation, and arrange for a

24  viewing of the electronic evidence seized in this case.  The parties agree that the delay is not

25  attributable to lack of diligent preparation on the part of the attorney for the government or

26  defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be

27  excluded based on the defense's need for reasonable time necessary for effective preparation,

28  taking into account the exercise of due diligence.  The parties agree that the waiver covers all

STIPULATION AND [PROPOSED] ORDER
CR-10-00898-PJH

1  time between the date of this stipulation and March 30, 2011.

2  IT IS SO STIPULATED:

3  Dated: February 11, 2011                          /S/
                                            DEBORAH LEVINE
4                                           *Attorney for Defendant*

5

6  Dated: February 11, 2011                          /S/
                                            JOSHUA HILL
7                                           Assistant United States Attorney

8

## ORDER

10  GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for February 17, 2011 is hereby rescheduled for March 30, 2011 at 9:30 a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between February 17, 2011 and March 30, 2011 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between February 17, 2011 and March 30, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between February 17, 2011 and March 30, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: February 15, 2011                    _____
                                            LAUREL BEELER
                                            United States Magistrate Court Judge