MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Joshua.Hill2@usdoj.gov

MI YUNG CLAIRE PARK (CABN 202379)
Trial Attorney

   U.S. Department of Justice - Criminal Division
   Child Exploitation & Obscenity Section
   1400 New York Avenue., N.W. - Suite 600
   Washington, D.C. 20005
   Telephone: (202) 616-2780
   Fax: (202) 514-1793
   Email: miyung.park@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS PEREZ JEWELL,<br><br>    Defendant. | No. CR-10-0898-PJH<br><br>DECLARATION OF MI YUNG PARK IN SUPPORT OF THE GOVERNMENT'S SENTENCING MEMORANDUM AND RESTITUTION REQUEST<br><br>Date: February 29, 2012<br>Time: 1:30 p.m.<br><br>Honorable Phyllis J. Hamilton |

I, Mi Yung Park, declare as follows:

1. I am a Trial Attorney in the United States Department of Justice, Child Exploitation and Obscenity Section. I am one of the attorneys assigned to represent the United States in the

Park Decl. ISO Sent. Mem.
CR-10-0898-PJH

1 above-captioned matter. This declaration is being submitted in connection with the
2 government's sentencing memorandum and restitution request.

3     2. In preparation for the sentencing hearing in this matter, I communicated by telephone
4 with Dr. Deborah Raphael, psychiatrist, and Dr. Monica Madden, Marriage and Family
5 Therapist. Dr. Raphael and Dr. Madden are currently working with Victim #1, who was sexually
6 abused by defendant Jewell. The purpose of the communications was to calculate an estimate of
7 the financial resources Victim #1 would need to fund future psychological care and other medical
8 costs as a result of defendant Jewell's abuse.

9     3. Dr. Madden indicated that Victim #1 will require a lifetime of therapy.

10     4. Dr. Raphael indicated that Victim #1 will require a lifetime of therapy. Moreover, Dr.
11 Raphael also indicated that she consulted her supervising psychiatrist for his assessment, and the
12 supervising psychiatrist concurred that Victim #1 will need a lifetime of therapy.

13     5. Dr. Raphael noted that severe counseling was needed, not only because of the type of
14 sexual abuse suffered by Victim #1, but also because of the nature of the relationship of the
15 defendant as Victim #1's counselor.

16     6. Currently, Victim #1 undergoes therapy with Dr. Madden once a week. Dr. Madden
17 indicated that she counsels Victim #1 for an hour a week and that her fees normally range from
18 $100-150/hour. As of now, Dr. Madden's fee is covered by Victim #1's grandmother's
19 insurance.

20     7. Victim #1 meets with Dr. Raphael once a month. In addition, Victim #1 is currently
21 taking medication monitored by Dr. Raphael as part of his therapy. Dr. Raphael indicated her
22 normal fee to be approximately $200/hour. She also said that she would normally meet with a
23 patient for 30 minutes per session if limited to monitoring of medication and for about an hour if
24 therapy is involved. Dr. Raphael further indicated that Victim #1's medications would cost
25 approximately $300/month. As of now, Dr. Raphael's fee and the cost of medication is covered
26 by Victim #1's grandmother's insurance.

27 //
28 //

Park Decl. ISO Sent. Mem.
CR-10-0898-PJH                 -2-

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 23rd day of February, 2012, in Washington, D.C..

MI YUNG PARK
Trial Attorney

Park Decl. ISO Sent. Mem.
CR-10-0898-PJH                             -3-