# EXHIBIT A

AERMA-66 (31 Oct 78) 1st Ind
SUBJECT: Letter of Commendation

DA, Commander, 66th Military Police Company, 95th Military Police Battalion
APO New York 09164

TO: Specialist Four Thomas Jewell, 66th Military Police Company, 95th Military Police Battalion APO NY 09164

1. It gives me extreme pleasure to forward LTC King's letter to you commending you on your superior performance while assigned to the Battalion's "Honor Platoon".

2. It is this type of dedication to duty that all MPs should strive to achieve and that has earned the 66th Military Police Company the reputation of being the 95th Military Police Battalion's finest.

3. I encourage you to continue to be "the soldier's friend and the Commander's example."

DAVID J. BUZZELL
CPT, MPC
Commander



ENLISTED EVALUATION REPORT (AR 600-200)
For preparation, see DA Pamphlet 623-1.

## PART I PERSONAL DATA

| GRADE (ABBR) NAME (LAST) (FIRST) (MI) SSN | B. TYPE OF REPORT | C. | SSN |
|---|---|---|---|
| SP4 JEWELL, THOMAS L. | INIT ANL CR SP / OTHER □ SPECIFY | | NONRATED PERIOD |

ORGANIZATION AND STATION
66th MP Co APO New York 09164

| J. PMOSC | F. DMOSC | G. SMOSC | H. PERIOD OF REPORT | NO. OF MONTHS ____ |
|---|---|---|---|---|
| 95B10 | 95B10 | N/A | BEGIN MO. / YR 74 75 76 77 78 79 80 81 82 83 84 85 | REASON CODES ____ |

DUTY POSITION TITLE
Military Policeman

END MO. / YR 74 75 76 77 78 79 80 81 82 83 84 85

ADTH PAY GR E-4

## PART II RATINGS

BRIEF DESCRIPTION OF DUTIES: SM enforces law and regulations, maintains law and order and provides security for a major European Command.

INDORSER HAS NOT OBSERVED AND CAN NOT RATE SOLDIER.

| | C. REPORT BASED ON: | DAILY CONTACT | FREQ OBSN | INFREQ OBSN | REPT & REC | D. SOLDIER SUPPORTS THE ARMY'S EQUAL OPPORTUNITY PROGRAM | YES | NO |
|---|---|---|---|---|---|---|---|---|
| R | | R | | | | R | ■ | |
| I | | I □ | | | | I | | □ |

| DUTY PERFORMANCE TRAITS | RANKS WITH VERY BEST | SUPERIOR TO MOST | | NEEDS IMPROVEMENT | | SCORE | E. DEMONSTRATED OVERALL PERFORMANCE OF ASSIGNED DUTIES |
|---|---|---|---|---|---|---|---|
| | 5 | 4 | | Some 1 | Much 0 | R I | |

F. DEMONSTRATED OVERALL PERFORMANCE OF ASSIGNED DUTIES

| Ranks With Very Best | Superior to Most | | | Demonstrates Shortcomings Minor | Major | SCORE |
|---|---|---|---|---|---|---|
| R 44 43 | 42 38 34 | | | 14 10 4 | | 43 |

G. ADVANCEMENT POTENTIAL
IF I HAD THE AUTHORITY AND RESPONSIBILITY TO DO SO I WOULD (DISREGARD TIME IN GRADE REQUIREMENTS)

| Promote Immediately | Promote Ahead of Peers | Promote With Peers | Not Promote | Deny Continued Active Duty | SCORE |
|---|---|---|---|---|---|
| R 31 30 | 28 26 24 | 22 18 14 10 | 7 5 3 | 0 | 31 |

H. SCORE

| BLOCKS | RATER | INDORSER |
|---|---|---|
| E | 50 | |
| F | 43 | |
| G | 31 | |

SUM 124 ÷ = 124 ÷2 = 124

REPT SCORE

ART II CONTINUED
CAREER DEVELOPMENT (RECOMMENDATIONS ON SCHOOLING AND ASSIGNMENTS)

Recommend SM attend Primary Leadership Course, Basic Leadership Course and Basic NCOES.

COMMENTS ARE MANDATORY TO JUSTIFY RATINGS IN PART II AS FOLLOWS:
BLOCK E SCORE BELOW 10 OR OVER 40, BLOCK F SCORE BELOW 6 OR OVER 42, BLOCK G SCORE BELOW 10
OR OVER 72, OR BLOCK D IF SOLDIER DOES NOT SUPPORT ARMY'S EQUAL OPPORTUNITY PROGRAM.
INDORSER WHO CHECKS BLOCK II B.
REMARKS OTHERWISE OPTIONAL.

RATER

SM has shown himself to be a soldier who takes pride in himself as shown in his daily appearance and military bearing. SM's strong leadership abilities are ever present and are a major factor in his squad's superior duty performance. SM has gained and held the respect of his subordinates, peers and superiors alike through his desire to constantly give that little extra to each mission to make its fulfillment above and beyond what is required.

INDORSER   I have not been indorser for 60 days as required in AR 600-200.

ART III RATER AUTHENTICATION
ORGANIZATION AND DUTY ASSIGNMENT
230th MP Co  APO New York 09227
Platoon Sergeant
NAME AND GRADE WILLIAM C. GLEESON  SSG  DATE 16 Oct 78
SIGNATURE

ART IV INDORSER AUTHENTICATION
ORGANIZATION AND DUTY ASSIGNMENT
230th MP Co  APO New York 09227
First Sergeant
NAME AND GRADE DONALD R. SAMPLEY  SFC  DATE 16 Oct 78
SIGNATURE

ART V SOLDIER AUTHENTICATION
HAVE SEEN A COPY OF THIS REPORT COMPLETE THROUGH ACTION BY THE INDORSER. I HAVE BEEN COUNSELED CONCERNING THE REPORT.
NAME AND GRADE THOMAS L. JEWELL  SP4  DATE 16 Oct 78
SIGNATURE

ART VI REVIEWER AUTHENTICATION
SOLDIER WAS RATED BY CORRECT RATER AND INDORSER. NO FURTHER ACTION REQUIRED. [X]
MY REVIEW RESULTS IN ACTION INDICATED BY INCLOSURES. [ ]
ORGANIZATION AND DUTY ASSIGNMENT
230th MP Co  APO New York 09227
Commander
NAME AND GRADE MARK W. BOYER  CPT  DATE 7 Oct 78
SIGNATURE

ART VII MILPO CERTIFICATION
DATE REPORT ENTERED ON DA FM   6 NOV 1978



**DEPARTMENT OF THE ARMY**
95TH MILITARY POLICE BATTALION
APO N.Y. 09086

3 NOV 1978

AERMA-C

SUBJECT:  Letter of Commendation

Specialist Four Thomas L. Jewell

66th Military Police Company
APO New York  09164

1.  I would like to take the opportunity of your leaving the 95th Military Police Battalion Honor Platoon to commend you on a job extremely well done.

2.  During the past several months, while a member of the Honor Platoon, you have shown outstanding military bearing, appearance and duty performance. You have exhibited fine leadership traits and have been one of the mainstays of the Honor Platoon.  A professional of your caliber will be hard to replace.

3.  I again commend you on a job well done and hope for the best for you in all your future endeavors.

4.  A copy of this letter will be placed in your 201 file.

Donald H King

DONALD H. KING
LTC, MPC
Commanding



YEAR of the SOLDIER