DEBORAH G. LEVINE,
CA State Bar No. 57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA 94596
(925) 933-5100

Attorney for Defendant
THOMAS PEREZ JEWELL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | **Case No. CR 10-00898 PJH** |
| Plaintiff, | EXHIBIT A |
| vs. | TO DEFENDANT'S SENTENCING MEMORANDUM |
| THOMAS PEREZ JEWELL | |
| Defendant. | |

# EXHIBIT A

AERMA-66 (31 Oct 78) 1st Ind
SUBJECT: Letter of Commendation

DA, Commander, 66th Military Police Company, 95th Military Police Battalion APO New York 09164

TO: Specialist Four Thomas Jewell, 66th Military Police Company, 95th Military Police Battalion APO NY 09164

1. It gives me extreme pleasure to forward LTC King's letter to you commending you on your superior performance while assigned to the Battalion's "Honor Platoon".

2. It is this type of dedication to duty that all MPs should strive to achieve and that has earned the 66th Military Police Company the reputation of being the 95th Military Police Battalion's finest.

3. I encourage you to continue to be "the soldier's friend and the Commander's example."

DAVID J. BUZZELL
CPT, MPC
Commander

# ENLISTED EVALUATION REPORT

In preparation, see DA Pamphlet 623-1.

## PART I - PERSONAL DATA

| GRADE (ABBR) | NAME (LAST) | (FIRST) | (MI) | SSN |
|---|---|---|---|---|
| SP4 | JEWELL | THOMAS | L | |

**B. TYPE OF REPORT:** CH (checked)
INIT, ANL, CH, SP, OTHER

**C. SSN:** [redacted]

**ORGANIZATION AND STATION:** 66th MP Co APO New York 09164

| E. PMOSC | F. DMOSC | G. SMOSC |
|---|---|---|
| 95B10 | 95B10 | N/A |

**H. PERIOD OF REPORT:**
BEGIN: (marked near APR / YR 78)
END: (marked near JUL / YR 78)

**NONRATED PERIOD**
NO. OF MONTHS: ___
REASON CODES: ___

**DUTY POSITION TITLE:** Military Policeman
**AUTH PAY GR:** E-4

## PART II - RATINGS

**BRIEF DESCRIPTION OF DUTIES:** SM enforces law and regulations, maintains law and order and provides security for a major European Command.

INDORSER HAS NOT OBSERVED AND CAN NOT RATE SOLDIER.

**C. REPORT BASED ON:** DAILY CONTACT (R marked)

**D. SOLDIER SUPPORTS THE ARMY'S EQUAL OPPORTUNITY PROGRAM:** YES (R marked)

### DUTY PERFORMANCE TRAITS

| Trait | Ranks With Very Best (5) | Superior To Most (4) | (3) | Needs Improvement Some (1) | Much (0) | Score |
|---|---|---|---|---|---|---|
| Well informed on all phases of assigned duties (Scope of knowledge and skills) | R | | | | | 5 |
| Carries out orders without constant revision (Dependability in performing without supervision) | R | | | | | 5 |
| Shows interest and enthusiasm in duties (Attitude toward duties) | R | | | | | 5 |
| Demonstrates qualities of leadership (Exerts positive influence on others) | R | | | | | 5 |
| Seeks out opportunities for self-improvement (Effort directed toward utilization of potential) | R | | | | | 5 |
| Displays ability to initiate action without direction from others (Aggressive pursuit of methods to improve duty performance) | R | | | | | 5 |
| Is successful in working with others (Ability to work in harmony with others) | R | | | | | 5 |
| Personal behavior sets a good example for others (High standards of personal conduct) | R | | | | | 5 |
| Takes pride in dress and appearance (Neat and military in bearing) | R | | | | | 5 |
| Is physically fit, as required, for MOS/grade during combat (Physical condition) | R | | | | | 5 |

### E. DEMONSTRATED OVERALL PERFORMANCE OF ASSIGNED DUTIES

R marked - Ranks With Very Best (44-43)
Score: 43

### G. ADVANCEMENT POTENTIAL
IF I HAD THE AUTHORITY AND RESPONSIBILITY TO DO SO, I WOULD: (DISREGARD TIME IN GRADE REQUIREMENTS)

R marked - Promote Immediately (31-30)
Score: 31

### H. SCORE

| BLOCKS | RATER | INDORSER |
|---|---|---|
| E | 50 | |
| F | 43 | |
| G | 31 | |

SUM: 124 ÷ = 124 ÷ = 124 (REPT SCORE: 124)

**ART. II CONTINUED**

**CAREER DEVELOPMENT (RECOMMENDATIONS ON SCHOOLING AND ASSIGNMENTS)**

Recommend SM attend Primary Leadership Course, Basic Leadership Course and Basic NCOES.

COMMENTS ARE MANDATORY TO JUSTIFY RATINGS IN PART II AS FOLLOWS:
a. BLOCK E SCORE BELOW 10 OR OVER 40, BLOCK F SCORE BELOW 6 OR OVER 42, BLOCK G SCORE BELOW 10 OR OVER 22, OR BLOCK D IF SOLDIER DOES NOT SUPPORT ARMY'S EQUAL OPPORTUNITY PROGRAM.
b. INDORSER WHO CHECKS BLOCK II B.
c. REMARKS OTHERWISE OPTIONAL.

**RATER**

SM has shown himself to be a soldier who takes pride in himself as shown in his daily appearance and military bearing. SM's strong leadership abilities are ever present and are a major factor in his squad's superior duty performance. SM has gained and held the respect of his subordinates, peers and superiors alike through his desire to constantly give that little extra to each mission to make its fulfillment above and beyond what is required.

**INDORSER** I have not been indorser for 60 days as required in AR 600-200.

---

**ART III RATER AUTHENTICATION**

| A. ORGANIZATION AND DUTY ASSIGNMENT | B. NAME AND GRADE | C. DATE |
|---|---|---|
| 230th MP Co  APO New York 09227<br>Platoon Sergeant | WILLIAM C. GLEESON    SSG<br>D. SIGNATURE /s/ William C. Gleeson | 16 OCT 78 |

**ART IV INDORSER AUTHENTICATION**

| A. ORGANIZATION AND DUTY ASSIGNMENT | B. NAME AND GRADE | C. DATE |
|---|---|---|
| 230th MP Co  APO New York 09227<br>First Sergeant | DONALD R. SAMPLEY    SFC<br>D. SIGNATURE /s/ Donald R. Sampley | 16 OCT 78 |

**ART V SOLDIER AUTHENTICATION**

| A. I HAVE SEEN A COPY OF THIS REPORT COMPLETE THROUGH ACTION BY THE INDORSER. I HAVE BEEN COUNSELED CONCERNING THE REPORT. | B. NAME AND GRADE | C. DATE |
|---|---|---|
|  | THOMAS L. JEWELL    SP4<br>D. SIGNATURE /s/ Thomas Jewell | 16 Oct 78 |

**ART VI REVIEWER AUTHENTICATION**

A. SOLDIER WAS RATED BY CORRECT RATER AND INDORSER. NO FURTHER ACTION REQUIRED. [X]
B. MY REVIEW RESULTS IN ACTION INDICATED BY INCLOSURES. [ ]

| ORGANIZATION AND DUTY ASSIGNMENT | C. NAME AND GRADE | D. DATE |
|---|---|---|
| 230th MP Co  APO New York 09227<br>Commander | MARK W. BOYER    CPT<br>E. SIGNATURE /s/ Mark W. Boyer | 17 Oct 78 |

**ART VII MILPO CERTIFICATION**

DATE REPORT ENTERED ON DA FM       6 NOV 1978



**DEPARTMENT OF THE ARMY**
95TH MILITARY POLICE BATTALION
APO N.Y. 09086

AERMA-C

3 NOV 1978

SUBJECT: Letter of Commendation

Specialist Four Thomas L. Jewell

66th Military Police Company
APO New York  09164

1. I would like to take the opportunity of your leaving the 95th Military Police Battalion Honor Platoon to commend you on a job extremely well done.

2. During the past several months, while a member of the Honor Platoon, you have shown outstanding military bearing, appearance and duty performance. You have exhibited fine leadership traits and have been one of the mainstays of the Honor Platoon. A professional of your caliber will be hard to replace.

3. I again commend you on a job well done and hope for the best for you in all your future endeavors.

4. A copy of this letter will be placed in your 201 file.

*Donald H King*

DONALD H. KING
LTC, MPC
Commanding

